FILED-CLERK
U S DISTRICT COURT

05 OCT 17 AM 10: 30

TX EASTERN-MARSHALL

BY_____

# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | Case No. 2:97cr11(8) |
| | § | (Judge Ward) |
| KENDRICK TALTON | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the above-referenced criminal action, this Court having heretofore referred the request for the revocation of Defendant's supervised release to the United States Magistrate Judge for proper consideration. Having received the report of the United States Magistrate Judge pursuant to its order, and no objections thereto having been timely filed, this Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the same as the findings and conclusions of the Court. It is, therefore,

**ORDERED** that the Magistrate Judge's Report is **ADOPTED** as the opinion of the Court. It is further

**ORDERED** that Defendant be placed in the custody of the United States Marshal to be imprisoned for a period of seven (7) months, receiving credit for four (4) months previously served by Defendant prior to being placed in a comprehensive sanction center on May 3, 2005. It is further

**ORDERED** that Defendant's supervised release be continued until April 30,

2006.

SIGNED this 17th day of October, 2005.

T. JOHN WARD
UNITED STATES DISTRICT JUDGE

2